IN THE UNITED STATES BANKRUPTYC COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 04-40897-JTL |
| | ) | |
| ANTHONY WADE THARPE | ) | |
| | ) | |
| DEBTOR. | ) | CHAPTER 7 |

## NOTICE OF TURNOVER OF UNCLAIMED FUNDS

COMES NOW, Joy R. Webster, Chapter 7 Trustee in the above-referenced case and pursuant to 11 U.S.C § 347 and F.R.B.P. 3011 show the following:

1.

The above-referenced case was filed on April 6, 2004 and Joy R. Webster was appointed as and acted as Chapter 7 Trustee in the case.

2.

A Distribution was made to creditors from the estate on or about August 8, 2008. As part of the distribution, a check was made payable to Anthony Wade Tharpe in the amount of $9,588.69 for Surplus funds in his case and forwarded to his attorney, Leslie L. Cohn. As of January 2, 2009, said check has not been returned nor has it cleared the bank. The debtor's attorney has been unable to locate the debtor after numerous attempts. Since the check was a stale-dated check, a Stop Payment request was sent to the bank. The last known address of Anthony Wade Tharpe is 8899 E 56th St., Indianapolis, IN 46249-0002.

3.

A check has been issued made payable to the United States Bankruptcy Court in the amount of $9,588.69 to be disposed of as unclaimed funds.

Wherefore, Joy R. Webster, Chapter 7 Trustee prays that the Court will accept the funds and dispose of them appropriately.

This **2nd** day of **January, 2009.**

|  |  |
|---|---|
|  | /s/ Joy R. Webster |
| Akin, Webster & Matson, P.C. | Joy R. Webster |
| P.O. Box 1098 | Chapter 7 Trustee |
| Macon, GA 31202 | GA Bar No. 605523 |
| (478) 742-1889 | |